Affirmed and Opinion filed March 6, 2003









Affirmed and Opinion filed March 6, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00548-CR

____________

 

MOHAMMAD
MUNIR ASIF, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 232nd District Court

Harris
County, Texas

Trial
Court Cause No. 647,161

 



 

M E M O R A N D U M  O P I N I O N

Appellant pled guilty to the offense of sexual assault of a
child on February 12, 1993.  In
accordance with a plea bargain, appellant was sentenced on February 12, 1993,
to confinement for 10 years in the Texas Department of Criminal Justice,
Institutional Division.  On September 11,
2001, appellant filed a motion for DNA testing. 
On April 8, 2002, the trial court denied appellant=s motion and adopted the State=s proposed findings of fact,
including the finding that no evidence was tagged in appellant=s case that could be tested.








Appellant's appointed counsel filed a brief in which she
concludes that the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), presenting a professional evaluation of the record
demonstrating why there are no arguable grounds to be advanced.  See High v. State, 573
S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine
the appellate record and file a pro se response.  No pro se response has been filed.  

We agree the appeal is wholly frivolous and without
merit.  Further, we find no reversible
error in the record

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed March 6, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.

Do Not Publish C Tex. R.
App. P. 47.2(b).